IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE A. REAS-MENDEZ,

    Plaintiff,

v.

GARY BOUGHTON
AND JEROME SWEENEY,

    Defendants.

ORDER

Case No. 15-cv-746-wmc

    Plaintiff Jose A. Reas-Mendez has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 10, 2015. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Jose A. Reas-Mendez may have until December 10, 2015 to submit a trust fund account statement for the period beginning approximately May 13, 2015 and ending approximately November 13, 2015. If, by December 10, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 20th day of November, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge