IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE A. REAS-MENDEZ,

    Plaintiff,

v.

GARY BOUGHTON, et al.

    Defendants.

ORDER

Case No. 15-cv-746-wmc

In an order dated May 23, 2017, the court dismissed plaintiff Jose Reas-Mendez proposed complaint because it did not name proper defendants and did not provide sufficient detail to state a claim. (Dkt. #16.) The court gave Reas-Mendez until June 2, 2017, to file an amended complaint to correct the deficiencies described in the May 23 opinion. The court further informed Reas-Mendez that if he failed to respond by the deadline, the court would dismiss this case for failure to state a claim upon which relief may be granted and issue a strike in accordance with 28 U.S.C. § 1915(g). *Paul v. Marberry*, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8).

It is well past the deadline and Reas-Mendez has not responded to the court's May 23 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff Jose Reas-Mendez's failure to state a claim upon which relief may be granted. In accordance with 28 U.S.C. § 1915(g), Reas-Mendez is assessed a strike.

2. Reas-Mendez is obligated to pay the unpaid balance of his filing fee in monthly payments as described in 28 U.S.C. § 1915(b)(2). The clerk of court is directed to

1

send a letter to the warden of plaintiff's institution informing the warden of the obligation under *Lucien v. DeTella*, 141 F.3d 773 (7th Cir. 1998), to deduct payments from plaintiff's trust fund account until the filing fee has been paid in full.

3. The clerk of court is directed to close this case.

Entered this 13th day of June, 2017.

                                    BY THE COURT:

                                    /s/

                                    _____

                                    WILLIAM M. CONLEY
                                    District Judge