IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE A. REAS-MENDEZ,

    Plaintiff,

v.

GARY BOUGHTON and
JEROME SWEENEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-746-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Jose A. Reas-Mendez's failure to state a claim upon which relief may be granted.

/s/                                                                          6/13/2017

Peter Oppeneer, Clerk of Court                        Date